**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| KENDRICK DEWAYNE STEWART, | § | |
| TDCJ-CID NO. 1131919, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 06-31 |
| DOUG DRETKE, | § | |
| Respondent. | § | |

| | | |
|---|---|---|
| KENDRICK DEWAYNE STEWART, | § | |
| TDCJ-CID NO. 1131919, | § | |
| Petitioner, | § | |
| v. | § | CIVIL ACTION NO. 05-3551 |
| DOUG DRETKE, | § | |
| Respondent. | § | |

**<u>ORDER OF CONSOLIDATION</u>**

In this case and Civil Action Number H:05-3551, petitioner challenges a murder conviction from the 184th State District Court of Harris County, Texas, in cause number 902192.  In general, federal habeas petitioners must bring their claims in one action.  For this reason, the Court **ORDERS** that the most recently filed case, Civil Action Number H:06-31, is **CONSOLIDATED** into the earliest filed action, Civil Action Number H:05-3551.

The Clerk shall enter this order on each docket sheet and place a copy thereof in each of these consolidated actions.  The Clerk shall docket the most recently filed petition as an amended petition in Civil Action Number H:05-3551.  All further pleadings shall be filed under Civil Action Number H:05-3551.  It is further **ORDERED** that Civil Action Number H:06-CV-31 shall be administratively closed.

The Clerk shall send a copy of this order to the parties and a copy of the amended petition to Respondent, Doug Dretke, P.O. Box 99, Huntsville, Texas 77342-0099 and to the Attorney General of the State of Texas, Greg Abbott, Attention: Habeas Corpus Division, P.O. Box 12548, Capitol Station, Austin, Texas 78711-2548.

IT IS SO ORDERED.

SIGNED at Houston, Texas, on February 1, 2006.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE